UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

THOMAS E. RHONE

V                                          CIVIL ACTION NO. 3:21-cv-00074

CITY OF TEXAS CITY, TEXAS

THOMAS E. RHONE'S MOTION FOR EXTENTION
TO FILE SUPPLEMENTAL BRIEF
(UNOPPOSED)

Plaintiff and Respondent Thomas E. Rhone hereby requests an extension to and including Monday, June 27 in which to file his supplementary brief in the above matter.

The Court previously ordered supplemental briefs to be filed on or before this date, June 24.

During the intervening 30 days, this counsel has been called to trial in two court appointed criminal cases before juries. In the practice of local state courts, calls to trial cannot be accurately predicted in advance because the dockets are dependent on the disposal of other cases with earlier numerical filing numbers.

Specifically this counsel has been called to trial in the following cases:

- Nos. 21CR1833, 21cr1834, State v. Isaiah Chambers-Ansell (Armed Robbery, Evading) in the 10th District Court with trial conducted May 31 through June 2; and

- No. 20CR2000, State v. Xavier Reyna, in the 56th District Court with jury trial June 1-23(family violence/occlusion of breath or blood). The Reyna case has occupied the week immediately preceding the due date of June 24.

Opposing counsel does not oppose this request. However, it is requested that any extension be mutual for the benefit of both counsel. However, it is also requested that any extension be applicable to both parties.

This motion is not filed solely for the purpose of delay, but so that justice may be served. This counsel has devoted all available time to composing the supplemental brief, largely with case authorities previously known and cited in other cases. It is estimated that the supplemental brief at this time is approximately 50% finished and can be finished by Monday, June 27.

Prayer

Rhone through his counsel prays for an extension through and including Monday, June 27, 2022 in which both parties may file their supplemental briefs.

Respectfully Submitted,
*Mark W. Stevens*
Mark W. Stevens
TBN 19184300
Fed.No. 1953
P.O. Box 16138
Galveston, Texas 77552
409 765 6306
Fax 409 765 6569
Email: mark@mstevenslaw.com
Counsel for Plaintiff

Certificate of Conference

I certify that I have conferred with Opposing Counsel Kyle E. Dickson by telephone and email during the prior week and during this week on June 23, 2022, and Counsel Dickson does not oppose this motion.

Respectfully Submitted,
*Mark W. Stevens*

Certificate of Service
I certify that a true and correct copy of the foregoing instrument was served via email PDF to Mr. Kyle Dickson, email kdickson@murray-lobb.com, 2200 Space Park Drive, Suite 350, Houston, Texas 77058, on October 27, 2021.

Respectfully Submitted,
*Mark W. Stevens*